IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case: CR 95-319 SI<br><br>**ORDER RE: STATUS OF CASE** |

    The Court has received a copy of a November 20, 2006 e-mail from petitioner's mother to petitioner's counsel. The Court hereby directs petitioner to file a statement with the Court by **December 20, 2006** regarding whether he wishes to proceed *pro se*, continue with his current counsel, or obtain alternate counsel. If petitioner chooses to proceed with alternate counsel, he must retain such counsel by **December 20, 2006**.

    The trial case files are available but have not yet been sent to current habeas counsel. After the Court receives petitioner's December 20, 2006 filing, the Court will issue an order setting forth a new briefing schedule and informing trial counsel where to send the trial case files.

    **IT IS SO ORDERED.**

Dated: November 27, 2006

                                                    SUSAN ILLSTON<br>                                                    United States District Judge