IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case: CR 95-319 SI<br><br>**ORDER RE: SEALED DOCUMENTS (DOCKET NOS. 1470, 1471 & 1472)** |

The Court has received petitioner's letter dated November 17, 2006 requesting that he be sent copies of certain documents filed under seal by his counsel regarding petitioner's 28 U.S.C. § 2255 motion. Pursuant to Civil Local Rule 79-5(f), the Court hereby authorizes the Clerk to send petitioner a copy of requested sealed documents, Docket Nos. 1470, 1471 and 1472.

**IT IS SO ORDERED.**

Dated: November 30, 2006

                                                  SUSAN ILLSTON<br>
                                                  United States District Judge