IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER RE: PETITIONER'S CASE FILES;<br>STATUS OF THIS PETITION** |

By order filed November 27, 2006, the Court directed petitioner to inform the Court by December 20, 2006, regarding whether he wished to proceed *pro se*, continue with his current counsel, or obtain alternate counsel. That order also stated that petitioner's trial files had been copied and would be sent to the appropriate person once petitioner stated how he wished to proceed in this case.

The Court has since received numerous filings from petitioner regarding the status of his representation. *See* Docket Nos. 1499, 1503, and January 8, 2007 filing.[1] Petitioner seeks various forms of relief against his habeas counsel, Philip Deitch, Esq., including an order directing Mr. Deitch to return money that petitioner's mother paid him to represent petitioner in this case. Petitioner also requests that the trial files be sent to him at the federal penitentiary at Lompoc.

Based upon the Court's review of petitioner's various filings, the Court concludes that petitioner wishes to represent himself in this action. The Court hereby orders petitioner's trial counsel to send

---

[1] The January 8, 2007 filing has not yet been docketed.

petitioner all of the trial files, including an index of those files.[2]  Petitioner is informed that this is the last time the Court will order that these files be provided to petitioner.  The Court also notes that petitioner has previously complained about the difficulties he has experienced maintaining files in prison, including losing documents when being transferred to different facilities; by requesting that the files be sent to him, petitioner does so with the full understanding of the potential problems associated with keeping documents while incarcerated.

The Court DENIES petitioner's motion seeking various forms of relief against Mr. Deitch.  Petitioner or his mother may seek redress with the California State Bar and/or in state court.

Within 30 days of the filing date of this order, the parties shall file statements regarding how they wish to proceed in this case.  Those statements shall include proposed briefing schedules.

The Clerk shall serve a copy of this order on petitioner at the federal penitentiary in Lompoc, California; George Cotsirilos, Esq.; Philip Deitch, Esq.; Hilda Rausini; and U.S. Attorney C. David Hall.

**IT IS SO ORDERED.**

Dated: January 9, 2007

SUSAN ILLSTON
United States District Judge

---

[2] Petitioner has submitted a copy of an authorization to receive documents, which expires January 18, 2007.  Although petitioner's letter is dated December 19, 2006, the Court only received this document on January 8, 2007, and it has not yet been docketed.