IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____ / | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER RE: REQUEST FOR NASON'S 60(b) FILINGS** |

By letter filed March 20, 2007, petitioner states that his parents have unsuccessfully attempted to obtain copies of Rule 60(b) submissions filed by co-defendant Frank Nason. Petitioner does not specifically identify which documents he would like; however, all of the documents related to Nason's Rule 60(b) motion are publicly available. Petitioner is directed to contact the Clerk's Office at (415) 522-4628 to request, for a fee, copies of the documents.

**IT IS SO ORDERED.**

Dated: March 29, 2007

                                             SUSAN ILLSTON
                                             United States District Judge