**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | No. C 05-3249 SI<br>Related Case CR 95-319 SI<br><br>**ORDER GRANTING JULY 21, 2005 EX PARTE REQUEST TO FILE UNDER SEAL; GRANTING PETITIONER'S REQUEST FOR COPY OF DECLARATION AND ATTACHED EXHIBITS** |

By letter filed March 20, 2007, petitioner states that he has been unable to obtain a copy of a declaration he filed in CR 95-319 in July 2005. The Court has reviewed the file and discovered that petitioner's ex parte request to file the declaration under seal was never ruled on, and thus the declaration was only "received," and not filed. The Court hereby GRANTS petitioner's ex parte request nunc pro tunc, (Docket No. 1357 in CR 95-319), ORDERS that petitioner's declaration and attached exhibits be filed under seal, and GRANTS petitioner's request for a copy of the declaration and exhibits. (Docket No. 1566 in CR 95-319).

**IT IS SO ORDERED.**

Dated: March 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge