**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE WALTER RAUSINI,<br><br>          Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent.<br> _____ / | No. C 05-3249 SI<br>Related Case:  CR 95-0319 SI<br><br>**ORDER SEALING DECLARATION OF PIERRE RAUSINI IN SUPPORT OF EX PART APPLICATION TO COMPEL TRIAL COUNSEL TO COMPLY WITH JANUARY 9, 2007 COURT ORDER** |

On April 6, 2007, petitioner filed a request to file under seal the "Declaration of Pierre Rausini in Support of Ex Parte Application to Compel Trial Counsel to Comply with January 9, 2007 Court Order."  (Docket No. 1573).  The Court hereby GRANTS the request and ORDERS that petitioner's declaration be filed under seal.

**IT IS SO ORDERED.**

Dated: April 12, 2007

SUSAN ILLSTON
United States District Judge