Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
WALTER PIERRE RAUSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WALTER PIERRE RAUSINI,<br><br>  Defendant. | No. CR-95-0319 MHP<br>No. C-05-3249 MHP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendant Pierre Rausini hereby substitutes counsel Mark Vermeulen as counsel appointed by the Court pursuant to the Criminal Justice Act in both case no. CR-95-0319 MHP and case no. C-05-3249 MHP.  Future ECF notices and court notices in these cases should be sent to Mark Vermeulen at the email address of vermeulen@mindspring.com.

Dated:  December 9, 2008                        Respectfully submitted,


                                                /S/
                                                Mark R. Vermeulen
                                                Attorney for Defendant
                                                WALTER PIERRE RAUSINI

IT IS SO ORDERED

Judge Marilyn H. Patel