Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
WALTER PIERRE RAUSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER PIERRE RAUSINI,<br><br>    Defendant. | No. C-05-3249 SI<br><br>**STIPULATION AND [Proposed] ORDER LIFTING STAY OF PROCEEDINGS RE: MOTION PURSUANT TO 28 U.S.C. § 2255** |

Defendant Pierre Rausini, through counsel, and Plaintiff United States of America, through counsel, hereby stipulate as follows:

1. Pursuant to an earlier stipulation and order, the Court ordered that these proceedings involving Defendant Rausini's motion pursuant to 28 U.S.C. § 2255 (referred to hereinafter as "the 2255 proceedings") be stayed and held in abeyance pending the resolution of the Rule 35(b) proceedings in the related matter involving Defendant Rausini in criminal case no. CR-95-0319 (referred to hereinafter as "the Rule 35(b) proceedings"). *See Stipulation and Order Staying Proceedings re: Motion Pursuant to 28 U.S.C. § 2255* (Doc. 1682 in case no. CR-95-0319).  As noted in the earlier *Stipulation and Order*, the stay was without prejudice to Defendant Rausini's ability to raise any claims and issues in the 2255 proceedings at a later time, if necessary.  *Id.* at 2:2-4.

2. The Rule 35(b) proceedings in the district court have concluded, and a notice of appeal has been filed.

3. In light of the foregoing, the parties respectfully request that the Court enter an order lifting the stay in these 2255 proceedings so that this matter may be litigated.

-1-

4. In the earlier *Stipulation and Order,* the Court reaffirmed the earlier-issued protective order (Doc. 1597), which directed that all documents filed or used in the 2255 proceedings which contain attorney-client privileged information shall be deemed confidential.  The protective order further provided as follows:

> These documents may be used only by representatives from the Office of the United States Attorney for the Northern District of California, and may be used only for purposes of any proceedings incident to petitioner's 28 U.S.C. § 2555 motion pending before this Court.  Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any law enforcement or prosecutorial [] agencies without an order from this Court.  This order shall continue in effect after the conclusion of the instant § 2255 proceedings, and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case.

The parties agree that this protective order (Doc. 1597) shall continue to remain in place with full force and effect.

**IT IS SO STIPULATED.**

Dated:  November 21, 2011 Melinda Haag
 United States Attorney


 /S/_____
 W.S. Wilson Leung
 Assistant United States Attorney


Dated:  November 21, 2011 /S/_____
 Mark R. Vermeulen
 Attorney for Defendant
 WALTER PIERRE RAUSINI

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that in connection with the motion filed earlier by Defendant/Movant Rausini pursuant to 28 U.S.C. § 2255, the previously-ordered stay is lifted.

**IT IS FURTHER ORDERED** that the protective order issued earlier by the Court (Doc. 1597 in case no. CR-95-0319) shall remain in place with full force and effect.

**IT IS SO ORDERED.**

Dated: November 22, 2011

_____
Susan Illston
United States District Judge