IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PIERRE RAUSINI, | No. CR 95-319 SI, C 05-3249 SI |
| Petitioner, | **ORDER VACATING JULY 13, 2012 STATUS CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court has reviewed the parties' joint status report. The parties propose that, given the pendency of Mr. Rausini's direct appeal and the interrelated nature of those proceedings and the § 2255 proceedings pending before this Court, the § 2255 proceedings should be stayed until the conclusion of the direct appeal. The parties also propose to submit status updates to this Court beginning September 1, 2012, and continuing every 90 days thereafter, and that the parties shall apprise the Court within 10 days of any decision by the Ninth Circuit.

The Court finds that the parties' proposal is sensible, and hereby adopts it. The July 13, 2012 status conference is VACATED.

**IT IS SO ORDERED.**

Dated: July 10, 2012

SUSAN ILLSTON
United States District Judge